UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDY ROSENBERG; JACQUELINE ROSENBERG; ELTHA JORDAN,<br><br>                Plaintiffs,<br><br>-against-<br><br>JOHN ALLEN, BERNARDO AVILES, DERICK J. BENTLEY, WILLIAM BRATTON, JASON BROCHHAUSEN, DENNIS CALASCIBETTA, CITY OF NEW YORK, CARLOS M. GOMEZ, JANE AND JOHN DOES, JOHN AND JANE DOES 1-30, KALAWSKI, SERGEANT KIM, ROBERT KSELMAN, FREDERICK LOEFFLER, MICHAEL MAGLIANO, DANIEL F. MAGRINO, JEWEL MCCOLLIN, HOWARD METZDORFF, TERRENCE A. MONAHAN, DAVID O'KEEFE, JAMES P. O'NEIL, EUGENE PORCARO, ROBERT RYAN, BONNIE SARD, NITIN SAVUR, MICHAEL SENSESE, DERMONT F. SHEA, CYRUS R. VANCE, JR, KATHLEEN WALSH, JAMES WHITEHEAD,<br><br>                Defendants. | 20-CV-4012 (CM)<br><br>CIVIL JUDGMENT |

COLLEEN McMAHON, Chief United States District Judge:

       Pursuant to the order issued May 28, 2020, dismissing the complaint,

       IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 20-CV-3911 (CM). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

2

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to each Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 28, 2020
          New York, New York

                                                COLLEEN McMAHON
                                       Chief United States District Judge