**Federal Rules of Appellate Procedure Form 1.  Notice of Appeal to a Court of Appeals
From a Judgment or Order of a District Court.**

United States District Court for the District of
SOUTHERN DISTRICT OF NEW YORK

File Number 20-CV-4012

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 8/9/2020 |

JOHN ROE, JANE ROE1 & JANE 🔲)

       *Plaintiff,*     )

      v.             )          Notice of Appeal

CITY OF NEW YORK, CYRUS R🔲)

       *Defendant.*    )

Notice is hereby given that JOHN ROE, JANE ROE1 & JANE ROE2     , (plaintiffs)
(defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for
the 2ND      Circuit (from the final judgment) (from an order (describing it)) entered in this
action on the 28      day of   May   , 20 20 .

               /s/
               JANE ROE2

               Attorney for _____
               Address: _____
               _____

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing
benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that
declaration along with this Notice of Appeal.*]

_____

*See Rule 3(c) for permissible ways of identifying appellants

**Federal Rules of Appellate Procedure Form 1.  Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
SOUTHERN DISTRICT OF NEW YORK

File Number 20-CV-4012

JOHN ROE, JANE ROE1 & JANE       )
         *Plaintiff,*        )
     v.                )          Notice of Appeal

CITY OF NEW YORK, CYRUS R.       )
VANCE, JR., ET AL.                )
         *Defendant.*    )

Notice is hereby given that JOHN ROE, JANE ROE1 & JANE ROE2          , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the 2ND          Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 13ᵗʰ      day of    July       , 20 20 .

        /s/
        JANE ROE2

        Attorney for _____
        Address: _____

[*Note to inmate filers:* *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

---

*See Rule 3(c) for permissible ways of identifying appellants

**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
SOUTHERN DISTRICT OF NEW YORK

File Number 20-CV-4012

JOHN ROE, JANE ROE1 & JANE ➕)

      *Plaintiff,* )

v. )              Notice of Appeal

CITY OF NEW YORK, CYRUS R ➕)
~~VANCE, JR., ET AL~~ )

      *Defendant.* )

Notice is hereby given that JOHN ROE, JANE ROE1 & JANE ROE2 , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the 2ND Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 13" day of July , 20 20 .

/s/
JOHN ROE

Attorney for _____
Address: _____
_____

[*Note to inmate filers:* *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

_____

*See Rule 3(c) for permissible ways of identifying appellants

**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of

SOUTHERN DISTRICT OF NEW YORK

File Number 20-CV-4012

JOHN ROE, JANE ROE1 & JANE 🔲)

        *Plaintiff,*     )

   v.              )          Notice of Appeal

CITY OF NEW YORK, CYRUS R 🔲)
VANCE, JR., ET AL.

        *Defendant.*   )

Notice is hereby given that JOHN ROE, JANE ROE1 & JANE ROE2    , (plaintiffs) (defendants) in the above-named case\*, hereby appeal to the United States Court of Appeals for the 2ND      Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 28     day of  May   , 20 20 .

                         /s/
                         JOHN ROE

                         Attorney for _____
                         Address: _____

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

---

\*See Rule 3(c) for permissible ways of identifying appellants